UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 04-0358 (PLF) |
| ) | |
| BRITTIAN PERRY DAY ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for judgment of acquittal [74] is DENIED; it is

FURTHER ORDERED that the government's motion for entry of a money judgment and preliminary order of forfeiture [85] is DENIED without prejudice.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 22, 2006